**No. 61689.**—North America Wines Corporation *v.* United States, protests 310517–K and 311609–K (New York).

Opinion by OLIVER, C. J.  Since the protests did not present a justiciable issue, the motion to dismiss was granted.

**No. 61690.**—Trans World Shipping Corp. *v.* United States, protests 311599–K and 311613–K (New York).

Opinion by OLIVER, C. J.  The protests were dismissed.

**No. 61691.**—Union Brokerage Co. *v.* United States, protests 234423–K, etc. (Pembina).

Opinion by MOLLISON, J.  In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61692.**—Richter Bros., Inc. *v.* United States, protests 310348–K, etc. (New York).

Opinion by WILSON, J.  In accordance with stipulation of counsel that the merchandise consists of fried herring similar in all material respects to that the subject of *Richter Bros., Inc.* v. *United States* (44 C. C. P. A. 128, C. A. D. 649), the claim of the plaintiff was sustained.